UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO PORTILLO ESCOBAR,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, Warden, Imperial Regional Detention Facility,<br><br>Respondent. | Case No.:  26-cv-1962-RSH-VET<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On March 27, 2026, petitioner Jose Antonio Portillo Escobar filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner asserts that he is entitled to a bond hearing pursuant to 8 U.S.C. § 1226(a). *Id.* at 5. On April 3, 2026, Respondents filed a return stating that they do not oppose such an order. ECF No. 5 at 1–2. Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner before an immigration court within *seven (7) days* of this order pursuant to 8 U.S.C. § 1226(a).

**IT IS SO ORDERED**.

Dated: April 3, 2026

_Robert S Huie_

Hon. Robert S. Huie
United States District Judge

26-cv-1962-RSH-VET